ROBERT CASNER, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.— Order so far as appealed from reversed, without costs, and the motion remitted to the trial justice with the direction to make a record of the nature and content of the exhibit, taking proof for that purpose if in his judgment it be necessary. The oral testimony sufficiently discloses the basis for the respondent's contention that there were interlineations and erasures in the lost exhibit which subject its integrity to attack. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARL BYOIR and Others, Appellants, v. JOSEPH SAMUELS and Another, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALADDIN SECURITIES CORPORATION, Plaintiff, v. RYER OPERATING Co., INC., Defendant, Impleaded with CLEMENTE LISCIO and Another, Respondents, and JAS. H. MARTIN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. (Affd., 251 N. Y. 547.)

TILLIE SPITZER, Appellant, v. MAX SPITZER, Respondent.— Order modified by providing that plaintiff have leave to renew the application if payments now voluntarily made should be withheld; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL J. MURPHY, Appellant, v. M-W. BRADERMANN Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, and defendant directed to comply with the subpoenas as to both witnesses named in the notice of examination. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAISON CLUNEY, INC., Appellant, v. BANKERS TRUST COMPANY, as Executor, etc., of EDGAR MILLS, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within fifteen days from service of the order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH LICHTENTHAL, Appellant, v. HARRY HERZOG, Respondent.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH D. FOGELSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, Impleaded with HYMAN FISH, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of the order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.